# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2025

## NO. 03-25-00130-CR

**Kelvin Malave, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE ELLIS**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.